FILED
2008 Feb-22  PM 03:12
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DON EDWARD CASH, | ) | |
| Plaintiff, | ) ) | |
| | ) | CASE NO.: |
| v. | ) ) | CV-07-RRA-2093-S |
| OPRAH WINFREY, et al., | ) ) | |
| Defendants. | ) | |

Memorandum Opinion

This is a civil action filed by the plaintiff, Don Edward Cash, against the defendants, Oprah Winfrey, Tim Bennett, Dianne A. Hudson, and Stephen McPherson. The magistrate treated the plaintiff's in forma pauperis affidavit as a complaint, and, on February 7, 2008, recommended that the action be dismissed as frivolous. The plaintiff has filed a "Motion to Reconsider Report and Recommendation." (Doc. 4.) That motion will be OVERRULED. However, the court will treat the motion as an objection to the report and recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, and the objections thereto, the court finds that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. An appropriate order will be entered.

DONE this the 22nd day of February, 2008.

KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE