FILED

2008 Feb-22  PM 03:13
U.S. DISTRICT COURT
N.D. OF ALABAMA



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DON EDWARD CASH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO.: |
| v. | ) | |
| | ) | CV-07-RRA-2093-S |
| OPRAH WINFREY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

In accordance with the memorandum opinion entered contemporaneously herewith, the court

hereby ORDERS:

1. The Motion to Reconsider the Report and Recommendation is OVERRULED;

2. This case is DISMISSED without prejudice.  Costs are taxed as paid.

DONE and ORDERED this the 22nd day of February, 2008.


_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE